

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2019

No. 04-18-00979-CR

**EX PARTE** Jose Jaime **DE HOYOS**,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 3684
David R. Saucedo, Judge Presiding

# O R D E R

The State's Motion to Extend Time to File Brief is GRANTED. The State's brief is due on February 8, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court